AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:24-cv-01593-HEA |
| COTTER CORPORATION (N.S.L.) et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COTTER CORPORATION (N.S.L.)                                                              .

Date:   01/13/2025

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson, #68678MO
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, Illinois 60603
*Address*

bwatson@rshc-law.com, docketdept@rshc-law.com
*E-mail address*

(312) 471-8700
*Telephone number*

(312) 471-8701
*FAX number*