AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:24-cv-01593-HEA |
| COTTER CORPORATION (N.S.L.) et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Norfolk Southern Railway Company.

Date: 01/16/2025

/s/ Daniel A. Sasse
*Attorney's signature*

Daniel A. Sasse (48997MI)
*Printed name and bar number*
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

*Address*

dsasse@crowell.com
*E-mail address*

(949) 798-1347
*Telephone number*

(949) 263-8414
*FAX number*